THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONNER-UNION COKE CORPORATION, Appellant and Respondent, *v.* WILLIAM J. BURKE et al., as Assessors of the City of Buffalo, Respondents and Appellants.

*Tax* — *improvements on land which are property of Federal government exempt from taxation.*

*People ex rel. Donner-Union Coke Corpn.* v. *Burke,* 204 App. Div. 557, affirmed.

(Argued October 2, 1923; decided October 16, 1923.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 24, 1923, which modified and affirmed as modified an order of Special Term reducing an assessment upon real property of relator for purposes of taxation, on the ground that certain improvements thereon were the property of the United States government and, therefore, exempt from taxation.

*Dana B. Hellings* and *Frederick C. Slee* for relator, appellant and respondent.

*William S. Rann, Corporation Counsel (Herbert A. Hickman* of counsel), for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.